JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LIBERTY PROPERTY LIMITED
PARTNERSHIP, et al.,

        Plaintiffs,

  v.

LOS ANGELES REGIONAL WATER
QUALITY CONTROL BOARD,

        Defendant.

Case No. 2:24-cv-02251-AB-RAO

**[PROPOSED] ORDER RE:
DISMISSAL OF ACTION
WITHOUT PREJUDICE**

Having reviewed the parties' Stipulated Request for Entry of Court Order Re

Dismissal of Action Without Prejudice, and good cause appearing, the Court hereby

**DISMISSES** this action without prejudice.

**IT IS SO ORDERED.**

Dated: May 14, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATED DISTRICT COURT JUDGE

PROPOSED ORDER                - 1 -